NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BILLIE D. MCDONALD,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Defendant-Appellee.*

———————————

2013-7068

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-1697, Judge William A. Moorman.

———————————

## JUDGMENT

———————————

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

JAMES SWEET, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and

AMANDA BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was SAVANNAH HUGHES CONNALLY, Attorney, United States Department of Veterans Affairs, of Washington, DC.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 9, 2014 | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |